Mark R. Figueiredo, Esq. (State Bar No. 178850)
mrf@structurelaw.com
Jaclyn M. Ford, Esq. (State Bar No. 272641)
jford@structurelaw.com
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California  95110
Telephone: (408) 441-7500
Facsimile:  (408) 441-7501

Attorneys for Plaintiff
ROSE INTERNATIONAL MARKET, INC. dba
ROSE MARKET CATERING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE INTERNATIONAL MARKET, INC., a California corporation, dba ROSE MARKET CATERING<br><br>Plaintiff,<br><br>v.<br><br>GITI SHAYESTEH aka GITI HARPER aka ROSE HARPER, an individual, dba RED ROSE CATERING<br><br>Defendant. | CASE NO. 3:15-cv-04012-LB<br><br>**APPLICATION AND ~~PROPOSED~~ ORDER FOR A TELEPHONIC APPEARANCE**<br><br>Date:   January 14, 2016<br>Time:  11:00 AM<br>Dept.:  Courtroom C, 15th Floor<br>Judge:  Hon. Laurel Beeler |

## APPLICATION

Plaintiff ROSE INTERNATIONAL MARKET, INC., a California corporation, dba ROSE MARKET CATERING hereby applies for leave to appear telephonically by Court Call at the Case Management Conference on January 14, 2016 at 11:00 AM.

This application is made pursuant to Magistrate Judge Laurel Beeler's Notice Re Telephonic Appearance Procedures, effective August 1, 2013.

Dated:  January 7, 2016              STRUCTURE LAW GROUP, LLP

                                     By: /s/ Jaclyn
                                        Jaclyn M. Ford, Esq.
                                        Attorneys for Plaintiff
                                        ROSE INTERNATIONAL MARKET, INC.
                                        dba ROSE MARKET CATERING

### ~~PROPOSED~~ ORDER

Pursuant to Magistrate Judge Laurel Beeler's Notice Re Telephonic Appearance Procedures, effective August 1, 2013, Plaintiff ROSE INTERNATIONAL MARKET, INC., a California corporation, dba ROSE MARKET CATERING's Application to Appear Telephonically by Court Call at the Case Management Conference on January 14, 2016 at 11:00 a.m. is hereby GRANTED.

DATED: January 8, 2016              _____
                                    LAUREL BEELER
                                    United States Magistrate Judge

APPLICATION AND ~~PROPOSED~~ ORDER FOR A TELEPHONIC APPEARANCE