# UNITED STATES DISTRICT COURT

# Northern District of California

## San Francisco Division

| | |
|---|---|
| ROSE INTERNATIONAL MARKET, INC., | Case No. 3:15-cv-04012-LB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| GITI SHAYESTEH, | |
| Defendant. | |

The plaintiff Rose International Market, Inc. filed a complaint in this action on September 2, 2015. (Complaint, ECF No. 1.[1]) The court set the initial case-management conference on January 14, 2016. (Clerk's Notice, ECF No. 26.) The defendant Giti Shayesteh, who is representing herself, did not appear at the case-management conference. (Minute entry, ECF No. 30.) She must participate in the litigation; if she does not, she risks having the plaintiff move to strike her answer, and ultimately move for entry of default judgment against her. This means that judgment would be entered in favor of the plaintiff. The court encourages Ms. Shayesteh to contact the court's help desk and reminds her of the resources it sent her on December 2, 2015. (See ECF No. 26.) Accordingly, the court orders Giti Shayesteh to show cause why the court should not enter her default. She must file a written

---

[1] Citations are to the Electronic Case File ("ECF"); pin cites are to the ECF-generated numbers at the tops of the documents.

Case No. 3:15-cv-04012-LB
ORDER TO SHOW CAUSE

response to this order by February 4, 2016, either in the form of a joint case-management statement with the plaintiff or on her own. The court sets an Order to Show Cause hearing for February 11, 2016 at 11:00 AM, in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Ave., San Francisco, California 94102.

The court will mail a copy of this order to Ms. Shayesteh and send a copy by email to her email of record. The court directs Rose Market's counsel to provide a copy by their customary method of communication. Counsel represented at the January 14 hearing that they communicate by telephone; the court thus directs him to discuss the issue with Ms. Shayesteh.

**IT IS SO ORDERED.**

Dated: January 15, 2016

_____
LAUREL BEELER
United States Magistrate Judge

Case No. 3:15-cv-04012-LB
ORDER TO SHOW CAUSE

2