David S. Henshaw SBN 271226
HENSHAW LAW OFFICE
1871 The Alameda, Suite 333
San Jose, CA 95126
(408) 533-1075
(408) 586-4016

Attorney for Defendant
GITI SHAYESTEH aka Giti Harper
aka Rose Harper

Mark R. Figueiredo, Esq. (State Bar No. 178850)
mrf@structurelaw.com
Jaclyn M. Ford, Esq. (State Bar No. 272641)
jford@structurelaw.com
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501

Attorneys for Plaintiff
ROSE INTERNATIONAL MARKET, INC. dba
ROSE MARKET CATERING

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE INTERNATIONAL MARKET, INC., a California corporation, dba ROSE MARKET CATERING<br><br>Plaintiff,<br><br>v.<br><br>GITI SHAYESTEH aka GITI HARPER aka ROSE HARPER, an individual, dba RED ROSE CATERING<br><br>Defendant. | CASE NO. 3:15-cv-04012-LB<br><br>[PROPOSED] ORDER ON STIPULATION OF DISMISSAL OF NECESSARY PARTY SAIED MEHRANFAR |

Plaintiff Rose International Market, Inc. dba Rose Market Catering and Defendant Giti Shayesteh aka Giti Harper aka Rose Harper dba Red Rose Catering executed a Stipulation of Dismissal of Necessary Party Saied Mehranfar (the "Stipulation").

- 1 -

For good cause showing, IT IS HEREBY ORDERED THAT:

The Stipulation is granted. This action shall be dismissed without prejudice as to Saied Mehranfar only.

Dated: ___June 26___, 2017          By: _____
                                         Laurel Beeler
                                         United States Magistrate Judge